No. 17,673.

GEORGIA EADON *v.* JACK SHINOGLE.

(290 P. [2d] 229)

Decided November 21, 1955.

Mr. W. H. MOULTON, for plaintiff in error.

Mr. FRANK SAFRANEK, for defendant in error.

*En Banc.*

PER CURIAM.

Judgment affirmed without written opinion.